FILE COPY

01-14-00946-CV

## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-1001

| | | |
|---|---|---|
| WALLER COUNTY, TEXAS, WALLER JUDGE GLENN BECKENDORFF, WALLER COUNTY COMMISSIONER FRANK POKLUDA, WALLER COUNTY COMMISSIONER STAN KITZMAN, WALLER COUNTY COMMISSIONER JERON BARNETT, AND  WALLER COUNTY COMMISSIONER JOHN AMSLER, IN THEIR OFFICIAL CAPACITIES v. CITY OF HEMPSTEAD, TEXAS AND CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD | § § § § § § | **Waller County,** <br><br> **1st District.** |

**December 5, 2014**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

FILE COPY

It is further ordered that petitioner, WALLER COUNTY, TEXAS, WALLER JUDGE GLENN BECKENDORFF, WALLER COUNTY COMMISSIONER FRANK POKLUDA, WALLER COUNTY COMMISSIONER STAN KITZMAN, WALLER COUNTY COMMISSIONER JERON BARNETT, AND WALLER COUNTY

COMMISSIONER JOHN AMSLER, IN THEIR OFFICIAL CAPACITIES, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 22nd day of January, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk